**Walter L. BEAVERS v. UNITED STATES of America.**

No. 1368.

Circuit Court of Appeals, Tenth Circuit.

Dec. 23, 1935.

J. B. Dudley, of Oklahoma City, Okl., for appellant.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**Mary BERSCHEIT, as Guardian of the Estate of Lorraine Berscheit and Gerald Berscheit, Minors, et al. v. John Henry TATLOCK.**

No. 1350.

Circuit Court of Appeals, Tenth Circuit.

Dec. 12, 1935.

Arnold C. Todd, of Wichita, Kan., for appellants.

Amidon, Hart, Porter & Hook, of Wichita, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

**Bruno V. BITKER, Individual Trustee, Appellant, v. HOTEL DULUTH CO., Debtor.**

No. 10559.

Circuit Court of Appeals, Eighth Circuit.

Jan. 27, 1936.

Irving A. Puchner, of Milwaukee, Wis., for appellant.

Irving A. Fish, J. H. Marshutz, and G. R. Hoffman, all of Milwaukee, Wis., and William B. Fryberger, of Duluth, Minn., for appellee.

PER CURIAM.

Motion to dismiss sustained, and appeal allowed by District Court dismissed, for want of jurisdiction in District Court, at costs of appellant.

**Bruno V. BITKER, Individual Trustee, Appellant, v. HOTEL DULUTH CO., Debtor.**

No. 10560.

Circuit Court of Appeals, Eighth Circuit.

Jan. 27, 1936.

Irving A. Puchner, of Milwaukee, Wis., for appellant.

Irving A. Fish, J. H. Marshutz, and G. R. Hoffman, all of Milwaukee, Wis., and William B. Fryberger, of Duluth, Minn., for appellee.

PER CURIAM.

Motion to dismiss sustained, and appeal allowed by District Court dismissed, for want of jurisdiction in District Court, at costs of appellant.

**John A. BRYANT, Libelant-Appellant, v. UNITED STATES of America, Respondent-Appellee.**

No. 309.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Lucien V. Axtell, of New York City (Frederick H. Cunningham, of New York City, of counsel), for libelant.